v. AARON L. PALMER, Respondent, and HARRY YELLIN, Appellant.— Application denied, with ten dollars costs.

JOSEPH MILLER and MARGET MILLER, Respondents, v. HARRY L. KATZ and Others, Defendants, and HARRY L. KATZ and Others, Appellants.— Application granted.

NATIONAL SURETY COMPANY, Appellant, v. PHILIP MELVIN, INC., Respondent.— Application denied, with ten dollars costs.

FRANK G. SAYRE and JAMES H. ROGERS, Copartners, etc., Appellants, v. DAVID SHAPIRO and Others, Respondents.— Application denied, with ten dollars costs. (Mun. Ct. Code, § 154, subd. 8.) *

In the Matter of the Application of JOSEPH C. HEALY for Admission to the Bar. (From the State of Kentucky.) — Application granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

IDA CARRINGTON, as Administratrix, etc., of PERCY CARRINGTON, Deceased, Respondent, v. PANAMA MAIL STEAMSHIP COMPANY, Appellant.— Motion for reargument granted, and the case set down for Monday, March 30, 1931, to be argued when reached. Motion to amend complaint dismissed without prejudice. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

YETTA DWORETSKY, Respondent, v. HARRY S. LEVINE, Appellant.— In view of the decision in the main appeal (post, p. 829), decided herewith, the motion for stay of examination is dismissed. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

MORRIS GOLDSTEIN, Respondent, v. IDA GOLDSTEIN, Appellant.— Motion to correct record on appeal granted and record corrected so as to insert, at folios 123 and 124 thereof, as the license number of the taxicab, No. 034-200 in place of No. 1234-200. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

Mrs. MARCUS J. KATZ, Respondent, v. SACUL REALTY Co., INC., Appellant.— Motion to stay execution of judgment pending appeal granted upon condition that within five days from the entry of the order herein appellant file an additional undertaking, with corporate surety, in the sum of $500, further to secure payment of the judgment and interest in the event of its affirmance; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants, and B. GOETZ & BRO., INC., and Others, Appellants.— Motion to extend time granted upon condition that appellants perfect the appeal for April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present— Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ANNIE MALMUD, as Executrix, etc., Respondent, v. LILLIAN BLACKMAN, etc., and Another, Appellants, and ATRIN REALTY Co., INC., and THE PEOPLE OF THE STATE OF NEW YORK, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

---

* See N. Y. City Mun. Ct. Code (Laws of 1915, chap. 279), § 154, subd. 8, added as subd. 9 by Laws of 1923, chap. 634, as renum. by Laws of 1925, chap. 637.— [REP.